**Order entered January 13, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-19-00650-CV

---

### SARAH BUCKLEW, Appellant

### V.

### THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT FOR CIT HOME EQUITY LOAN TRUST 2003-1, Appellee

---

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-19-01018-C**

---

## ORDER

By letter dated November 27, 2019 the Court directed appellant to file an amended brief in compliance with rule 38 of the Texas Rules of Procedure within ten days. To date, appellant has failed to file an amended brief. Therefore, we **ORDER** the appeal submitted on appellant's November 7, 2019 brief. Appellee's brief is due **THIRTY DAYS** from the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE